United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lisa Michelle Connelly, | NO. C 03-00635 JW |
| Petitioner, | **ORDER RE CERTIFICATE OF APPEALABILITY** |
| v. | |
| Gloria Henry et al., | |
| Respondent(s). | |

On February 14, 2003, Petitioner initiated the instant action by filing a Petition for a Writ of Habeas Corpus. Petitioner claimed that her sentence under California's Three Strikes law constituted cruel and unusual punishment in violation of the Eighth Amendment, and that her counsel was ineffective for failing to request that her wobbler offenses be reduced to misdemeanors. On September 8, 2005, the Court issued an Order Denying Petition for Writ of Habeas Corpus, and Judgment. On October 6, 2005, Petitioner filed a notice of appeal.

Pursuant to 28 U.S.C. §2253(c)(1), an appeal may not be taken unless the district court or appellate court issues a certificate of appealability. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard, see id. § 2253(c)(3), and the court of appeals is limited to considering only those claims. See Hiivala v. Wood, 195 F.3d 1098, 1103 (9th Cir. 1999); Fuller v. Roe, 182 F.3d 699, 702-03 (9th Cir. 1999). "Where a district court has rejected the

constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

    Based upon all papers filed to date, this Court concludes that Petitioner has failed to make the requisite showing of the denial of a constitutional right. Accordingly, the Court declines to issue a certificate of appealability.

Dated: November 23, 2005             /s/James Ware
03cv635coa                             JAMES WARE
                                                United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Alex Mendoza mendozalaw@adelphia.net

3 Kelly Michelle Croxton Kelly.Croxton@doj.ca.gov

4 Peggy S. Ruffra peggy.ruffra@doj.ca.gov

6 **Dated:   November 28, 2005**                                             **Richard W. Wieking, Clerk**

8                                                                                                   **By:_/s/JW Chambers_____**
                                                                                                            **Ronald L. Davis**
                                                                                                            **Courtroom Deputy**